UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT B. TASSIN, JR.

VERSUS

BOB BARKER COMPANY, INC.

CIVIL ACTION

NO. 16-382-JWD-EWD

OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 26, 2019, to which an objection was filed (Doc. 62);

**IT IS ORDERED** that Defendant's Motion for Summary Judgment, (Doc. 55) is GRANTED, and that this action is dismissed with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 23, 2019.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA